UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DIRECT MARKETING CONCEPTS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDGE LABS, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 03-12403JLT |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Direct Marketing Concepts, Inc. ("DMC"), and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against Defendant, Edge Labs, Inc. Rule 41(a)(1) allows a voluntary dismissal of this action as of right because neither an answer to the Complaint nor a motion for summary judgment has been served.

This dismissal is without prejudice and is not intended to operate as an adjudication upon the merits of any claim asserted in this action.

                                    DIRECT MARKETING CONCEPTS, INC.

                                    By its attorneys,

                                    /s/ Christopher F. Robertson
                                    _____
                                    Christopher F. Robertson (BBO No. 642094)
                                    SEYFARTH SHAW LLP
                                    World Trade Center East
                                    Two Seaport Lane, Suite 300
                                    Boston, MA 02210-2028
                                    Telephone:    (617) 946-4800
                                    Telecopier:   (617) 946-4801


DATED:  December 30, 2003